**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

Tuesday, March 03, 2015

Hon. Laura Hinojosa
District Clerk
100 N Closner - 1st Floor
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-12-00783-CR
Tr.Ct.No. CR-733-12-D
Style:   CARLOS DELGADO REYES v. THE STATE OF TEXAS


        The judgment of the trial court was AFFIRMED by this Court on the 18th day of September, 2014.   The mandate is enclosed.

        Tex R. App. P. 51.2(a)(1) provides that the clerk of the trial court shall send an acknowledgment to the clerk of the appellate court of the receipt of the mandate.  Please review the requirements of Tex. R. App. P. 51.2(b) regarding the issuance of a capias in cases in which the trial court's judgment is affirmed and the defendant is not in custody.

        Please sign the attached acknowledgment of receipt of the mandate and submit through the TAMES Records Submission Portal (RSP) as soon as possible.

                        Very truly yours,

                        *Dorian E. Ramirez*

                        Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Hon. Luis A. Gonzalez (DELIVERED VIA E-MAIL)
      Hon. Oscar Rene Flores (DELIVERED VIA E-MAIL)

_____
I hereby acknowledge receipt of the mandate in cause no. 13-12-00783-CR this

_____ day of _____, 2015.

                        District/County Clerk,

                        By :_____